UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-021 |
| JOSEPH CARDWELL | : | <u>ORDER</u> |

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Rachael A. Honig, Assistant U.S. Attorney, appearing) and defendant Joseph Cardwell (by Henry E. Klingeman, Esq.) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendant needing sufficient time to review discovery, which includes a large number of audio and video recordings, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, it is on this 21st day of January, 2010,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for a period of 90 days;

IT IS FURTHER ORDERED THAT the period for discovery in this matter shall be extended by 30 days;

IT IS FURTHER ORDERED that a case management conference shall be held on APRIL 15, 2010, at 11:30 am.

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge