UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-021 |
| JOSEPH CARDWELL | : | ORDER |

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Mark J. McCarren, Assistant U.S. Attorney, appearing) and defendant Joseph Cardwell (by Henry E. Klingeman, Esq.) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendant needing sufficient time to review discovery, which includes a large number of audio and video recordings, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, it is on this 20th day of April, 2010,

ORDERED that this matter remains designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued through the filing of motions;

IT IS FURTHER ORDERED THAT the defendant shall file any pretrial motions no later than September 24, 2010;

IT IS FURTHER ORDERED THAT the Government shall file any response to said motions no later than October 15, 2010;

IT IS FURTHER ORDERED THAT the court shall conduct oral argument on pretrial motions on October 22, 2010 at 10:00 a.m.;

IT IS FURTHER ORDERED THAT fully-briefed *in limine* motions shall be filed no later than October 25, 2010;

IT IS FURTHER ORDERED THAT no later than October 29, 2010, the following must be submitted to this Court:

    a. Jointly agreed to proposed *voir dire* questions;

    b. Jointly agreed to neutral statement about the case, not to exceed one paragraph;

    c. Jointly agreed to proposed jury charges. If there are charges on which parties cannot reach agreement, those charges should be submitted separately in one document of disputed charges. For each disputed charge, both parties' versions should be listed together with supporting authorities. The agreed upon version of charges should be clearly marked as "Agreed Upon" and should not contain authorities; and

    d. A single numbered list of <u>all exhibits</u>, including a brief description and any objection to the exhibit.

IT IS FURTHER ORDERED that trial shall commence on November 8, 2010, at 9:30 a.m.;

IT IS FURTHER ORDERED that the time period from April 15, 2010 through and including September 24, 2010 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge