2009R00906
MJM/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| *Plaintiff,* | : | Criminal No. 10-21 |
| v. | : | CONSENT JUDGMENT AND |
| JOSEPH CARDWELL | : | PRELIMINARY ORDER OF FORFEITURE |
| *Defendant.* | : | |

**WHEREAS**, on January 20, 2010, the United States filed an Indictment, Criminal No. 10-21 (JLL), against Joseph Cardwell, charging him with a violation of Title 18, United States Code, Section 666(a)(2); and

**WHEREAS**, on March 1, 2011, defendant Joseph Cardwell pled guilty to the one-count Indictment; and

**WHEREAS,** pursuant to Title 18 United States Code, Section 981(a)(1)(c) and Title 28 United States Code, Section 2461(c) any property real or personal, which constitutes or is derived from proceeds traceable to a violation Title 18, United States Code, 666(a)(2) shall be forfeitable; and

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the following property which constitutes or is derived from proceeds traceable to a violation Title 18, United States Code, 666(a)(2), namely, $31,500.00 in United States currency; and

**WHEREAS**, defendant Joseph Cardwell agrees that payment of the forfeited funds totaling $31,500.00 shall be paid in full, prior to sentencing to the United States Marshal Service for the District of New Jersey; and

**WHEREAS**, defendant Joseph Cardwell acknowledges that the above-referenced property represents property involved in the commission of the offense of bribery of a public official in violation of Title 18, United States Code, 666(a)(2) as set forth in the Indictment, and that the property is therefore subject to forfeiture to the United States pursuant to Title 18 United States Code, Section 981(a)(1)(c) and Title 28 United States Code, Section 2461(c). Defendant Joseph Cardwell waives all interests in and claims to the property described above, and hereby consents to the forfeiture of the property to the United States.  Defendant Joseph Cardwell agrees to consent promptly upon request to the entry of any orders deemed necessary by the government or the Court to complete the forfeiture and disposition of the Property.  Defendant Joseph Cardwell waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of forfeiture in the charging instrument, announcement of the forfeiture in defendant Joseph Cardwell's presence at sentencing, and incorporation of the forfeiture in the Judgment. Defendant Joseph Cardwell acknowledges that he understands that forfeiture of the Property will be part of the sentence imposed upon him in this case and waives any failure by the Court to advise him of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), during the plea hearing.  Pursuant to Rule 32.2(b)(3), Defendant Joseph Cardwell will promptly consent to the finalization of the order of forfeiture before sentencing if requested by the government to do so.  Defendant Joseph Cardwell hereby waives, and agrees to hold the United States and its agents and employees harmless from, any and all claims

whatsoever in connection with the seizure, forfeiture, and disposal of the Property described above.  Defendant Joseph Cardwell waives all constitutional and statutory challenges of any kind to any forfeiture carried out pursuant to this consent judgment.

It is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT** the herein described asset, namely $31,500.00 in United States currency, is hereby forfeited to the United States of America pursuant to the provisions of Title 18 United States Code, Section 981(a)(1)(c) and Title 28 United States Code, Section 2461(c); and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the Defendant, asserting a legal interest in any of the above-listed forfeited property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

**THAT** pursuant to Title 21 United States Code, Section 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the

3

forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT** the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT** upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**ORDERED**   this   *1st*   day of March, 2011.

_____
Honorable Jose L. Linares
United States District Judge

4

The Undersigned hereby consent
to the entry and form of this
Consent Judgment and Order of Forfeiture:

PAUL J. FISHMAN
United States Attorney


Dated: ___3/1/11___

MARK J. McCARREN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102



Dated: ___03|01|11___

HENRY E. KLINGEMAN, ESQ.
Krovatin Klingeman LLC
744 Broad Street, Suite 1903
Newark, New Jersey 07102
Counsel for the Defendant
Joseph Cardwell



Dated: ___03|01|11___

JOSEPH CARDWELL
Defendant


5